# United States Court of Appeals for the Fifth Circuit

---

No. 25-10896
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

January 27, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

FERNANDO PEREZ,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:15-CR-129-2

---

Before SMITH, HIGGINSON, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Fernando Perez, federal prisoner #49249-177, appeals the order denying him, per 18 U.S.C. § 3582(c)(2), a reduction in his 240-month sentence for conspiracy to possess with intent to distribute methamphetamine. Perez claims that he is eligible for a reduction under Subpart 1 of Part B of Amendment 821 because he qualifies as a zero-point offender. He additionally contends that he has been rehabilitated and has a minimal probability of being

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-10896

a reoffender.

We review for abuse of discretion a denial of a motion for a sentence reduction under § 3582(c)(2) and denial of a motion for reconsideration. *See United States v. Calton*, 900 F.3d 706, 710 (5th Cir. 2018). Perez's presentence report indicates that he possessed a firearm in connection with his offense. Thus, he is not eligible for a reduction under Subpart 1 of Part B of Amendment 821 because he does not satisfy the criteria to be a zero-point offender under U.S.S.G. § 4C1.1(a)(7).

Accordingly, Perez has failed to demonstrate that the district court abused its discretion in denying his § 3582(c)(2) motion for a sentence reduction. *See Calton*, 900 F.3d at 710. The order is AFFIRMED.